JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHANG, | CV 23-4054 PA (MARx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| UR M. JADDOU, et al., | |
| Defendants. | |

Pursuant to the Court's October 8, 2024 Minute Order dismissing this action for failure to comply with the Court's Orders,

It is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED: October 8, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE